No. 674. SCHRIBER-SCHROTH Co. *v.* CLEVELAND TRUST Co. ET AL.;

No. 675. ABERDEEN MOTOR SUPPLY Co. *v.* SAME; and

No. 676. F. E. ROWE SALES Co. *v.* SAME. May 31, 1938. The motion for leave to file a second petition for rehearing is granted. The second petition for rehearing is granted. The order denying certiorari is vacated and the petition for writs of certiorari is granted. *Messrs. Thomas G. Haight, George L. Wilkinson, John H. Bruninga,* and *John H. Sutherland* for petitioners. *Messrs. A. C. Denison, F. O. Richey,* and *Wm. C. McCoy* for respondents.

No. 357. GENERAL TALKING PICTURES CORP. *v.* WESTERN ELECTRIC Co. May 31, 1938. The petition for rehearing is granted upon the first two questions presented in the petition for writ of certiorari and the cause is assigned for argument on Monday, October 10, 1938. The motion to stay the mandate pending rehearing and determination by the Court is granted. *Messrs. Samuel E. Darby, Jr.* and *Ephraim Berliner* for petitioner. *Messrs. Merrell E. Clark* and *Henry R. Ashton* for respondents.